IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JANN PENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 4:19-cv-79 |
| | ) | |
| SHREEJI ENTERPRISE, INC., and | ) | |
| MINESH PATEL, | ) | |
| | ) | |
| Defendants. | ) | |

### COMPLAINT FOR DAMAGES

Plaintiff, Jann Penn, for her Complaint against Defendants, Shreeji Enterprise, Inc. ("Shreeji") and Minesh Patel, state the following:

### I. Parties

1. Plaintiff is a resident of Carroll County, Indiana.

2. Defendant, Shreeji, is a business located in Delphi, Indiana.

3. Defendant, Mr. Patel, does business in Carroll County.

4. Mr. Patel is the owner of Shreeji.

5. Mr. Patel runs Shreeji.

6. Mr. Patel decided when and how much Plaintiff would be paid during her tenure with Shreeji.

### II. Jurisdiction and Venue

7. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce her rights under the FLSA.

8. This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

9. Venue in the Northern District of Indiana, Lafayette Division, is appropriate by virtue Defendant doing business in this District.

### III.  Factual Allegations

10. Plaintiff began working for Defendants in June 2017.

11. Plaintiff was an hourly employee of Defendants.

12. Defendants agreed to pay Plaintiff $7.25 per hour.

13. Defendants paid Plaintiff on a weekly basis.

14. Plaintiff minimum wage and regular worked hours in August 2017 for which Defendants failed to pay her.

15. Plaintiff worked overtime hours in August 2017 for which Defendants failed to pay her.

16. Plaintiff was fired by Defendants in August 2017.

17. Defendants did not have a good faith basis for failing to pay Plaintiff her regular, minimum and overtime wages.

18. Defendants willfully failed to pay Plaintiff her minimum and overtime wages.

19. Counsel for Plaintiff has requested that the wage claim of Plaintiff be referred to his office by Attorney General's Office in conjunction with the Department of Labor.

### III.   Cause of Action

#### Count I
#### Failure to Pay Overtime Wages
#### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

20. Plaintiff incorporates paragraphs 1 through 19 by reference herein.

21. Plaintiff was an employee of Defendants pursuant to the FLSA.

22. Plaintiff's work for Defendants involved interstate commerce.

23. Defendant, Shreeji, is an employer pursuant to the FLSA.

24. Defendant, Shreeji, had gross revenues of at least $500,000.00 for the 2016 calendar year.

25. Defendant, Shreeji, had gross revenues of at least $500,000.00 for the 2017 calendar year.

26. Defendant, Mr. Patel, is an employer pursuant to the FLSA.

27. Defendants willfully failed to properly pay all overtime hours worked by Plaintiff.

28. Defendants willfully failed to properly pay all overtime premiums at the correct rate.

29. Defendants willfully failed to properly pay all minimum wages earned.

30. Defendants' violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### Count II
### Indiana's Minimum Wage Statute
### Alternative Claim

31. Plaintiff incorporates paragraphs 1 through 30 by reference herein.

32. Plaintiff was an employee of Defendant, Shreeji, pursuant to Indiana's Minimum Wage Statute.

33. Defendant, Shreeji, is an employer pursuant to Indiana's Minimum Wage Statute.

34. Defendant, Shreeji, failed to properly pay overtime wages for all hours over 40 hours in a workweek that Plaintiff worked during the course of her employment with Defendant.

35. Defendant's, Shreeji, violations of Indiana's Minimum Wage Statute have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant, Shreeji, in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### Count III
### Wage Claims Statute, I.C. §22-2-9 *et. seq.*

36. Plaintiff incorporates paragraphs 1 through 36 by reference herein.

37. Defendant, Shreeji, is an employer pursuant to the Wage Claims Statute.

38. Plaintiff was an employee of Defendant, Shreeji.

39. Defendant, Shreeji, failed to pay Plaintiff her wages due and owing in a timely fashion.

40. Defendant, Shreeji, failed to pay Plaintiff her wages due and owing in the correct amount.

41. Plaintiff has been damaged by Defendant's, Shreeji, wage violations of the Wage Payment Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant for wages owed, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

        Respectfully Submitted,

        WELDY LAW

        /s/Ronald E. Weldy
        Ronald E. Weldy, #22571-49
        Counsel for Plaintiff,
        Jann Penn

Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
Fax: (317) 288-4013
E-mail: rweldy@weldylegal.com