UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION at LAFAYETTE

| | |
|---|---|
| JANN PENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 4:19CV79-PPS/JEM |
| | ) |
| SHREEJI ENTERPRISE, INC. and | ) |
| MINESH PATEL, | ) |
| | ) |
| Defendants. | ) |

### ORDER

The parties' joint Stipulation of Dismissal With Prejudice [DE 16] is SO ORDERED.

The pending motion to dismiss [DE 13] is DENIED WITHOUT PREJUDICE.

This action is DISMISSED WITH PREJUDICE, each party bearing its own fees and costs.

The case is thereby **CLOSED**.

**SO ORDERED**.

ENTERED: November 15, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT